UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| BRENDA NORMAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 1:04-CV-111 CAS |
| v. ) | |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Defendant. ) | |

### ORDER OF DISMISSAL AND JUDGMENT

In accordance with the memorandum and order of this date and incorporated herein,

**IT IS HEREBY ORDERED** that plaintiff's claims are **DISMISSED without prejudice** for failure to provide the health care affidavit required by Mo. Rev. Stat. § 538.225.1 (2000).

**IT IS FURTHER ORDERED, ADJUDGED and DECREED**, in the alternative, that judgment is entered in favor of defendant and against plaintiff on plaintiff's claims for wrongful death and lost chance of recovery in the Second Amended Complaint.

Costs are assessed against plaintiff.

_____
**CHARLES A. SHAW**
**UNITED STATES DISTRICT JUDGE**

Dated this  13th  day of February, 2006.